# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. SHELTON,<br><br>        Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et.al.,<br><br>        Respondent.<br>_____/ | 1:08-cv-00563 AWI DLB HC<br><br>FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 1] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on April 23, 2008. (Court Doc. 1.) Petitioner is challenging certain conditions of parole, of which he was found to be in violation. (Petition, at 5-6.)

    Petitioner has previously filed a habeas corpus petition in this Court in case number 1:08-cv-00435 AWI TAG HC. In that petition, Petitioner challenges the same incident regarding his violation of certain parole conditions. Although in the instant petition, it appears that Petitioner has added additional claims relating to the violations of parole, Petitioner must seek to do so in the pending petition in case number 1:08-cv-00435 AWI TAG HC. In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

///

1 RECOMMENDATION

2 Based on the foregoing, it is HEREBY RECOMMENDED that the instant action be
3 dismiss as duplicative, and this action be terminated.

4 This Findings and Recommendation is submitted to the assigned United States District
5 Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of
6 the Local Rules of Practice for the United States District Court, Eastern District of California.
7 Within thirty (30) days after being served with a copy, any party may file written objections with
8 the court and serve a copy on all parties. Such a document should be captioned "Objections to
9 Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served
10 and filed within ten (10) court days (plus three days if served by mail) after service of the
11 objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. §
12 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time
13 may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th
14 Cir. 1991).

15 IT IS SO ORDERED.

16 Dated:   April 30, 2008               /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE